■ The People of the State of New York, Respondent, v Jorge Zepeda, Appellant. [997 NYS2d 626]—

Order, Supreme Court, New York County (Michael R. Sonberg, J.), entered on or about September 12, 2012, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There is no basis for a downward departure, given the seriousness of the underlying conduct, committed against a child. There is no merit to defendant's argument that his deportation to Mexico resulted in such a reduced risk to public safety as to warrant a downward departure (*see e.g. People v Kachatov*, 106 AD3d 973 [2d Dept 2013], *lv denied* 21 NY3d 863 [2013]). Concur—Mazzarelli, J.P., DeGrasse, Manzanet-Daniels, Feinman and Gische, JJ.